RECEIVED
MAR 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT DAVIS (#96564), Plaintiff | CIVIL ACTION NO. 1:16-CV-1534-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| SANDY MCCAIN, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## O R D E R

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 14), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's motion to certify class (Doc. 3) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of March, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE