RECEIVED

JUN - 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT DAVIS (#96564),    CIVIL ACTION NO. 1:16-CV-1534-P
Plaintiff

VERSUS    JUDGE JAMES T. TRIMBLE, JR.

SANDY MCCAIN, ET AL.,    MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Davis's claims against Defendants Wayne Millus and Casey McVea, and Davis's claim for damages against all other Defendants in their official capacities only be **DENIED** and **DISMISSED** with prejudice under § 1915(e)(2)(b) and § 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7th day of June, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE