U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 8 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION     SECTION P

| | |
|---|---|
| ROBERT DAVIS | CIVIL ACTION 1:16-CV-01534 |
| VERSUS | JUDGE TRIMBLE, JR. |
| SANDY MCCAIN, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Plaintiff Davis filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 39). Pursuant to the Report and Recommendation on that motion (Doc. 45),

IT IS ORDERED that Davis' Motion for a Temporary Restraining Order (Doc. 39) is DENIED.

IT IS FURTHER ORDERED that this case is REMANDED to the Magistrate Judge for the purpose of holding an evidentiary hearing and issuing a second report and recommendation on the issue of whether a preliminary injunction should be issued to enjoin smoking indoors at the Raymond Laborde Correctional Center in Cottonport, Louisiana (Doc. 39).

IT IS FURTHER ORDERED that Plaintiff's Petitions for Writs of Habeas Corpus *ad Testificandum* (Docs. 40, 41), to have inmate Plaintiff Robert Davis and inmate witness Nolan Davis appear to testify at the evidentiary hearing, are GRANTED. The writs of habeas corpus will be issued after the hearing is scheduled.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 8th day of January, 2018.

/s/ James T. Trimble, Jr.
James T. Trimble, Jr.
United States District Judge