**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROBERT DAVIS | CIVIL ACTION NO. 16-1534 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| SANDY MCCAIN, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

**ORDER**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Davis's Motion for a Preliminary Injunction (Record Document 39) is **GRANTED**.

Defendants are **ORDERED** to enforce the state ban on smoking tobacco of any kind, including smokeless tobacco, in the Raymond Laborde Correctional Center.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 10th day of October, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT