UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT DAVIS #96564 | CIVIL ACTION NO. 16-1534-P |
| VERSUS | CHIEF JUDGE HICKS |
| SANDY MCCAIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 72) is granted and that all claims against all remaining defendants are dismissed with prejudice.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19th day of March, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT